# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3128**

**September Term, 2024**

**1:21-cr-00026-CRC-1**

**Filed On: January 24, 2025** [2096279]

United States of America,

        Appellee

      v.

Christopher Alberts, also known as
Christopher Michael Alberts,

        Appellant

    **BEFORE:**   Henderson, Millett, Walker, Circuit Judges

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

        BY:   /s/
               Scott H. Atchue
               Deputy Clerk